Lisa HOSMAN and Ronald Hosman,
Plaintiffs and Appellants,

v.

NORTH DAKOTA STATE UNIVERSITY,
William Blain, Randall Hedge, and John
Does, individually and in their capacities
as employees of the State of North Da-
kota by and through North Dakota State
University, Defendants and Appellees.

Civ. No. 940054.

Supreme Court of North Dakota.

Sept. 13, 1994.

Paul D. Johnson, Lee Hagen Law Office,
Ltd., Fargo, for plaintiffs and appellants.

Laurie J. Loveland, Sol. Gen., Atty. Gener-
al's Office, Bismarck, for defendants and ap-
pellees.

PER CURIAM.

Lisa and Ronald Hosman appeal from a
judgment dismissing their tort action against

North Dakota State University and William Blain, Randall Hedge, and John Does, individually and in their capacities as employees of the State of North Dakota. We reverse and remand for further proceedings.

In *Bulman v. Hulstrand Construction Co.*, 521 N.W.2d 632 (N.D.1994), we abolished the sovereign immunity of the State. We applied our decision to the parties to that proceeding. We also apply *Bulman* to this contemporaneous case.

We reverse the judgment of dismissal and we remand for proceedings consistent with our decision in *Bulman*.

MESCHKE, LEVINE, NEUMANN, and SANDSTROM, JJ., concur.

VANDE WALLE, Chief Justice, dissenting.

I adhere to my dissent in *Bulman v. Hulstrand Construction Co.*, 521 N.W.2d 632 (N.D.1994). I would affirm the judgment of the district court.